[No. 32558-0-III. Division Three. September 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL E. TAPIA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-8-00062-5, Cameron Mitchell, J., entered June 9, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 32594-6-III. Division Three. September 15, 2015.]

*In the Matter of the Marriage of* SHEILA CLAIRE JEWETT, *Appellant*, and ROBERT HENRY JEWETT, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 13-3-00091-3, David Frazier, J., entered June 6, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 30411-6-III. Division Three. September 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FABIAN ARREDONDO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-02316-1, Michael G. McCarthy, J., entered October 27, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J.; Korsmo, J., dissenting. Now published at 190 Wn. App. 512.